UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

**ED KINKEADE**

District Judge

214/753-2720 Chambers



August 9, 2007

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

RE: 2006 Financial Disclosure Report

Dear Judge Smith,

I am writing this letter to amend my 2006 Financial Disclosure Report.

In section IV Reimbursements, item numbers 2, 3 and 4 were inadvertently left off the listing of reimbursements prior to the report being sent.  The corrected page is attached.

If you have any further questions, please contact me.

Sincerely,

Ed Kinkeade
U. S. District Judge

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Texas Wesleyan University | $ 20,000 |
| 2. 2006 | West Services, Inc. - Royalty Income | $ 8,733 |
| 3. 2006 | National Institute for Trial Advocacy - Royalty Income | $ 436 |
| 4. 2006 | State of Texas Judicial Retirement System | $ 64,351 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Irving Independent School District |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Baylor Healthcare System | February 16, 2006 - Strategy Retreat - Monterey County, CA (hotel, transportation, meals) |
| 2. Baylor Healthcare System | September 18, 2006 - Strategy Meeting - Houston, TX (transportation, meal) |
| 3. Dallas Bar Association | September 28, 2006 - Speech at Bench/Bar conference - Marble Falls, TX (hotel) |
| 4. Baylor Healthcare System | September 29, 2006 - Board of Directors Meeting - Austin, TX (hotel, transportation, meals) |
| 5. Baylor Healthcare System | November 9, 2006 - System-wide Retreat - Grapevine, TX (hotel, meals) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kinkeade, James E | 2. Court or Organization<br><br>Northern District of Texas | 3. Date of Report<br><br>08/03/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>1100 Commerce St., Room 1625<br>Dallas, TX 75224 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Texas Wesleyan University School of Law |
| 2. Member | Rio Viga, LLC |
| 3. Trustee | Baylor Healthcare System |
| 4. Trustee (ex officio - not voting) | Baylor Medical Center - Irving |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/06 | Teaching classes at Texas Wesleyan University School of Law - 2006 |
| 2. 09/01/01 | State of Texas - Employee Retirement Benefits |
| 3. 01/01/90 | Dallas County - Employee Retirement Benefits |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Texas Wesleyan University | $ 20,000 |
| 2. 2006 | West Services, Inc. - Royalty Income | $ 8,733 |
| 3. 2006 | National Institute for Trial Advocacy - Royalty Income | $ 436 |
| 4. 2006 | State of Texas Judicial Retirement System | $ 64,351 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Irving Independent School District |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Baylor Healthcare System | February 16, 2006 - Strategy Retreat - Monterey County, CA (hotel, transportation, meals) |
| 2. | Baylor Healthcare System | November 9, 2006 - System-wide Retreat - Grapevine, TX (hotel, meals) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of the West | Mortgage on Rental property #1 | L |
| 2. | Bank of the West | Mortgage on Rental property #3 | K |
| 3. | International Bank | Mortgage on Rental Property #5 | K |
| 4. | MBNA | Credit Card | K |
| 5. | | | |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/03/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Rental Property #1, Dallas County, TX (1978 $27,948) | E | Rent | K | R | None | | | | |
| 2.   Rental Property #2, P-K, Dallas County, TX (1985 $32,928) | D | Rent | K | R | None | | | | |
| 3.   Rental Property #3, P-K, Dallas County, TX (1980 $32,928) | E | Rent | K | R | None | | | | |
| 4.   Rental Property #4, Dallas County, TX (1978 $33,461) | D | Rent | K | R | None | | | | |
| 5.   Rental Property #5, ████████ (2000 $40,000) | A | Rent | K | R | None | | | | |
| 6.   Bank of America | A | Interest | J | T | None | | | | |
| 7.   Bank of the West | A | Interest | K | T | None | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E | 08/03/2007 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date___8/06/2007___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544